# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

———————————————

No. 1D2025-0510

———————————————

JONATHAN LOZADA,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

———————————————

Petition Alleging Ineffective Assistance of Appellate Counsel—
Original Jurisdiction.

October 1, 2025

PER CURIAM.

The Court dismisses the petition alleging ineffective assistance of appellate counsel on the merits. *See* Fla. R. App. P. 9.141(d)(6)(C).

RAY, KELSEY, and TREADWELL, JJ., concur.

———————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

———————————————

Jonathan Lozada, pro se, Petitioner.

James Uthmeier, Attorney General, Tallahassee, for Respondent.